# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHAEL HUTCHINSON** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.**  4:22-cv-03497 |
| | § | |
| **IOWA MOTOR TRUCK TRANSPORT,** | § | |
| **INC. AND CALEB HOYLE** | § | |
| *Defendants.* | § | |

---

## INDEX OF STATE COURT FILE

---

The following is an index identifying each state court document and the date in

which each document was filed in the 113th Judicial District Court of Harris County, Texas.

| EXHIBIT | DATE | DOCUMENT |
|---|---|---|
| 2 | | Index of State Court File |
| 2a | 10/04/2022 | Docket Sheet |
| 2b | 09/07/2022 | Plaintiff's Original Petition |
| 2c | 09/07/2022 | Request for Issuance of Service on Caleb Hoyle |
| 2d | 09/07/2022 | Request for Issuance of Service on Iowa Motor Truck Transport, Inc. |
| 2e | 09/26/2022 | Affidavit of Service on the Texas Transportation Commission for Cable Hoyle |
| 2f | 09/27/2022 | Return of Service for Iowa Motor Truck Transport, Inc. |
| 2g | 09/28/2022 | Defendant Iowa Motor Truck Transport, Inc.'s Original Answer |
| 2h | 09/28/2022 | Defendant Iowa Motor Truck Transport, Inc.'s Jury Request |

# EXHIBIT 2a

# 2022-56581

**COURT:**   113th

**FILED DATE:**   9/7/2022

**CASE TYPE:**   Motor Vehicle Accident



### HUTCHINSON, MICHAEL

Attorney: ROSENFELD, ADAM JOSEPH

### vs.

### IOWA MOTOR TRUCK TRANSPORT INC

Attorney: SARGENT, DAVID LYNN

| Docket Sheet Entries | |
|---|---|
| Date | Comment |

# EXHIBIT 2b

9/7/2022 1:12 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 68021985
By: Patricia Jones
Filed: 9/7/2022 1:12 PM

CAUSE NO. _____

| | | |
|---|---|---|
| MICHAEL HUTCHINSON | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| IOWA MOTOR TRUCK TRANSPORT | § | |
| INC. AND CALEB HOYLE | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MICHAEL HUTCHINSON, hereinafter referred to as Plaintiff, complaining of IOWA MOTOR TRUCK TRANSPORT INC. and CALEB HOYLE, hereinafter referred to as Defendants, and for cause of action would respectfully show the Court as follows:

### I.   DISCOVERY CONTROL PLAN

Plaintiff requests discovery be conducted under Level 3 as set forth in Texas Rule of Civil Procedure 190.4.

### II.   VENUE

Plaintiff is an individual residing in Channelview, Harris County, Texas.

Defendant, IOWA MOTOR TRUCK TRANSPORT INC., is an entity doing business in the state of Texas without a registered agent. Pursuant to the Texas Long Arm Statute under Chapter 17 of Texas Civil Practices and Remedies Code, this defendant may be served with due process herein by serving its President, Jeremy Gouge, at 365 Cottonwood Drive, Garner, Iowa 50438. **Issuance of citation is requested at this time.**

Defendant, CALEB HOYLE, is an individual residing in Hicksville, Ohio. Service of process should be served on Defendant by serving J. Bruce Bugg, Jr., Chairman of the Texas Transportation Commission, at 125 E. 11th St., Austin, Texas, 78701-2483, to then be forwarded

1

to the last known address for Defendant, Caleb Hoyle, at 126 ½ E. High Street, Hicksville, Ohio 43526.  **Issuance of citation is requested at this time.**

Venue is proper in Harris County because all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County, Texas.

### III.    FACTS AND CAUSES OF ACTION

The motor vehicle collisions caused by Defendant, CALEB HOYLE, occurred on or about May 17, 2021**.** Plaintiff, MICHAEL HUTCHINSON, was driving his vehicle eastbound on the East Freeway, when a vehicle owned by Defendant, IOWA MOTOR TRUCK TRANSPORT INC., and driven by Defendant, CALEB HOYLE, collided with the rear-end of Plaintiff's vehicle. As a result, Plaintiff sustained serious injuries.

Defendant, IOWA MOTOR TRUCK TRANSPORT INC., is liable for the actions of its employee and/or agent, CALEB HOYLE, who was acting in the course and scope of his employment in furtherance of the business interests of IOWA MOTOR TRUCK TRANSPORT INC.  On the occasion in question, Defendant, CALEB HOYLE, operated his vehicle in a negligent manner, in that he violated the duty which he owed the plaintiff to exercise ordinary care in the operation of his motor vehicle in one or more of the following particulars, including but not limited to:

1.    Driving without paying enough attention;

2.    Failing to yield the right of way;

3.    Failing to control his speed;

4.    Failing to steer the vehicle to avoid a collision;

5.    Failing to apply the brakes to avoid a collision;

6.    Failing to timely apply the brakes to avoid a collision; and

2

7.      In any combination of two or more of the above.

Further, Defendant, IOWA MOTOR TRUCK TRANSPORT INC., was negligent in hiring CALEB HOYLE, and in entrusting a vehicle to Defendant, CALEB HOYLE, when they knew, or should have known, he was a reckless or irresponsible driver.

Each of these acts and omissions, singularly or in combination with others, constitute negligence and negligence per se, which proximately caused the collisions made the basis of this action for the injuries and damages to the Plaintiff.

## IV.    DAMAGES

As a direct and proximate result of the negligence of Defendants, Plaintiff sustained injuries to his neck, back, shoulders and other parts of his body. Plaintiff, MICHAEL HUTCHINSON, files this suit to recover the following damages:

a.      Physical pain and mental anguish in the past and future;

b.      Lost earnings in the past and loss of future earning capacity;

c.      Physical impairment in the past and future;

d.      Physical disfigurement in the past and future;

e.      Reasonable medical expenses in the past and future; and

f.      Exemplary damages.

To the extent that Plaintiff had any pre-existing condition at the time of the occurrence in question, the same was not disabling, and he would respectfully show that such pre-existing condition, if any, was aggravated by the collisions, made the basis of this suit, to such an extent that it became disabling, bringing about the necessity of medical treatment.

Plaintiff would show that he has incurred medical expenses in the past and will continue to incur medical expenses in the future.

Plaintiff seeks to recover damages within the jurisdictional limits of this Court.

Plaintiff also seeks damages for his injuries by way of pre-judgment and post-judgment interest payments for all damages he has suffered and that have accrued by the time of judgment.

In accordance with the Texas Rules of Civil Procedure, Plaintiff specifically seeks monetary relief **over $1,000,000.00.**

## V.    NOTICE

Plaintiff hereby gives notice of intent to utilize items produced in discovery in the trial of this matter and the authenticity of such items is self-proven per the *Texas Rules of Civil Procedure 193.7.*

## VI.    JURY DEMAND

Plaintiff demands a trial by jury and has tendered the appropriate fee.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the defendants, IOWA MOTOR TRUCK TRANSPORT INC. and CALEB HOYLE, be cited to appear and answer herein, that upon trial hereof he have judgment of the Court against the Defendants, in excess of the jurisdictional amount in addition to all pre-judgment and post-judgment interest as provided by law, for all costs of court, and for all such other and further relief, both general and special, legal and equitable to which he may be justly entitled.

Respectfully submitted,

SCHECHTER, SHAFFER & HARRIS, L.L.P.


_/s/ Adam J. Rosenfeld_
ADAM J. ROSENFELD
Texas Bar No. 24067848
3200 Travis, 3rd Floor
Houston, Texas 77006
Tel:     713-524-3500
Fax:     866-678-0789
ajrosenfeldsrv@smslegal.com
ATTORNEYS FOR PLAINTIFF

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Adam Rosenfeld on behalf of Adam Rosenfeld
Bar No. 24067848
ajrosenfeld@smslegal.com
Envelope ID: 68021985
Status as of 9/7/2022 2:33 PM CST

Associated Case Party: Michael Hutchinson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Adam Rosenfeld | | ajrosenfeldsrv@smslegal.com | 9/7/2022 1:12:52 PM | SENT |

# EXHIBIT 2c



9/7/2022 1:12:52 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 68021985
By: JONES, PATRICIA D
Filed: 9/7/2022 1:12:52 PM

**Marilyn Burgess**

HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**Name(s) of Documents to be served:** Plaintiff's Original Petition _____

**FILE DATE:** _09-07-2022_____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Caleb Hoyle _____

Address of Service: Chairman of Texas Transportation Commission, 125 E. 11th Street, Austin, Texas 78701-2483 then to

City, State & Zip: _____ forward to Caleb Hoyle at his last known address, 126 ½ E. High Street, Hicksville, Ohio 43526 _____

Agent (if applicable) J. Bruce Bugg, Jr., Chairman of the Texas Transportation Commission _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | |
|---|---|---|
| ☐ **Citation**   ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |
| ☐ **Citation Scire Facias** | **Newspaper**_____ | |
| ☐ **Temporary Restraining Order** | ☐ **Precept** | ☐ **Notice** |
| ☐ **Protective Order** | | |
| ☐ **Secretary of State Citation ($12.00)** | ☐ **Capias (not an E-Issuance)** | ☐ **Attachment** |
| ☐ **Certiorari** | ☒ **Highway Commission ($12.00)** | |
| ☐ **Commissioner of Insurance ($12.00)** | ☐ **Hague Convention ($16.00)** | ☐ **Garnishment** |
| ☐ **Habeas Corpus** | ☐ **Injunction** | ☐ **Sequestration** |
| ☐ **Subpoena** | | |
| ☐ **Other (Please Describe)** _____ | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____   ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney at:** _____   **(No Service Copy Fees Charged)**
☐ **CONSTABLE**   *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by District Clerk**   used to retrieve the E-Issuance Service Documents.
Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____

☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: _Adam J. Rosenfeld__ Bar # or ID _24067848_____

Mailing Address: _3200 Travis, 3rd Floor, Houston, TX 77006; Email: ajrosenfeldsrv@smslegal.com_

Phone Number: _713-524-3500_____

# EXHIBIT 2d

9/7/2022 1:12:52 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 68021985
By: JONES, PATRICIA D
Filed: 9/7/2022 1:12:52 PM



# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** _____  **CURRENT COURT:** _____

**Name(s) of Documents to be served:** Plaintiff's Original Petition _____

**FILE DATE:**  09-07-2022 _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be**

**Served):**

**Issue Service to:**  Iowa Motor Truck Transport Inc. _____

Address of Service:  365 Cottonwood Drive _____

City, State & Zip: Garner, Iowa 50438 _____

Agent (if applicable)   President, Jeremy Gouge _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

| | | | |
|---|---|---|---|
| ☒ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |
| ☐ **Citation Scire Facias** | | **Newspaper**_____ | |
| ☐ **Temporary Restraining Order** | ☐ **Precept** | | ☐ **Notice** |
| ☐ **Protective Order** | | | |
| ☐ **Secretary of State Citation ($12.00)** | ☐ **Capias (not an E-Issuance)** | ☐ **Attachment** | |
| ☐ **Certiorari** | ☐ **Highway Commission ($12.00)** | | |
| ☐ **Commissioner of Insurance ($12.00)** | ☐ **Hague Convention ($16.00)** | ☐ **Garnishment** | |
| ☐ **Habeas Corpus** | ☐ **Injunction** | ☐ **Sequestration** | |
| ☐ **Subpoena** | | | |
| ☐ **Other (Please Describe)** _____ | | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____  ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____  **(No Service Copy Fees Charged)**
☐ **CONSTABLE**  *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by District Clerk**  used to retrieve the E-Issuance Service Documents.
Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____  Phone: _____

☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:  Adam J. Rosenfeld __ Bar # or ID  24067848_____

Mailing Address:  3200 Travis, 3rd Floor, Houston, TX 77006; Email: ajrosenfeldsrv@smslegal.com _____

Phone Number:   713-524-3500 _____

# EXHIBIT 2e

9/26/2022 5:43 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 68629634
By: Tasha Fraser
Filed: 9/26/2022 5:43 PM

## AFFIDAVIT OF SERVICE

| State of Texas | County of Harris | 113th Judicial District Court |
|---|---|---|

Case Number: 202256581

Plaintiff:
**Michael Hutchinson**

vs.

Defendant:
**Iowa Motor Truck Transport Inc.**

For:
Schechter, Shaffer & Harris, LLP
3200 Travis
3rd Floor
Houston, TX 77006

Received by Mike Techow on the 21st day of September, 2022 at 9:50 am to be served on **Caleb Hoyle by serving the Texas Transportation Commission, 125 E. 11th St., Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **21st day of September, 2022** at **4:05 pm, I:**

**INDIVIDUALLY/PERSONALLY** delivered a true and correct copy of the **Two Copies of Citation and Plaintiff's Original Petition with $25.00 Texas Transportation Commission Fee** with the date of service endorsed thereon by me, to: **Jenna Townsend, The Texas Transportation Commission** at the address of: **125 E. 11th St., Austin, Travis County, TX 78701**, and informed said person of the contents therein, in compliance with state statutes.

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on September 22, 2022 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 22nd day of September, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

ALYSSA BAILEY BENAVIDES
Notary Public, State of Texas
Comm. Expires 06-13-2026
Notary ID 133809459

**Mike Techow**
PSC-1215, Exp. 7/31/2024

**Legal Process Resources**
**P.O. Box 924**
**Seabrook, TX 77586**
**(281) 830-6000**

Our Job Serial Number: MST-2022008620
Ref: Michael Hutchinson v. Iowa Motor Truck

# EXHIBIT 2f

CAUSE NO. 202256581

9/27/2022 8:16 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 68676544
By: cassie combs
Filed: 9/27/2022 8:16 PM

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 941194
TRACKING #: 74052683
EML

| | |
|---|---|
| Plaintiff: HUTCHINSON, MICHAEL | In The 113th |
| | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: IOWA MOTOR TRUCK TRANSPORT INC | |
| | Houston, Texas |

## CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

To:    **IOWA MOTOR TRUCK TRANSPORT INC MAY BE SERVED WITH DUE PROCESS HEREIN**
**BY SERVING ITS PRESIDENT**
**JEREMY GOUGE**
        365 COTTONWOOD DRIVE
        GARNER IA 50438

        Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on 9/7/2022 12:00:00 AM, in the above cited cause number and court. The instrument attached describes the claim against you.

        **YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on September 16, 2022, under my hand and seal of said court.

Issued at the request of:
ROSENFELD, ADAM J.
3200 TRAVIS  3RD FLOOR
HOUSTON, TX  77006
713-524-3500

*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Bar Number: 24067848

Generated By: PATRICIA JONES

EML

Tracking Number: 74052683

**CAUSE NUMBER: 202256581**

PLAINTIFF: HUTCHINSON, MICHAEL

vs.

DEFENDANT: IOWA MOTOR TRUCK TRANSPORT INC

In the 113th

Judicial District Court of

Harris County, Texas

## OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _9:50_ o'clock _A_. M. On the _27_ day of _September_ , 20 _22_ . Executed at

(Address) _365 Cottanwood Drive Garner, Iowa_ in _Hancock_ County at o'clock _P_. M. On the _27_ day of _September_ , 20 _22_ , by _12:40_

Delivering to _Iowa Motor Truck Transport Inc President Jeremy Gouge_ defendant, in person, a true copy of this Citation together with the accompanying __1__ copy (ies) of the __PLAINTIFF'S ORIGINAL__ . Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _27_ day of _September_ , 20 _22_ .

Fees $_____

__DEPUTY, RON RUDISILL; BADGE#41-3_____

By _____

Deputy

On this day, _September 27, 2022_____ , known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _27_ day of _September_ , 20 _22_ .

ANDREA K NEDVED
Commission Number 765785
My Commission Expires
December 8, 20 22

_Andrea K Nedved_
Notary Public

# EXHIBIT 2g

9/28/2022 3:11 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 68706714
By: cassie combs
Filed: 9/28/2022 3:11 PM

## CAUSE NO.: 202256581

| | | |
|---|---|---|
| **MICHEAL HUTCHINSON,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **IOWA MOTOR TRUCK TRANSPORT,** | § | |
| **INC, AND CALEB HOYLE,** | § | |
| | § | |
| *Defendants.* | § | **113TH CIVIL DISTRICT** |

---

### DEFENDANT IOWA MOTOR TRUCK TRANSPORT, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** Iowa Motor Truck Transport, Inc., Defendant herein, and files this its Original Answer to Plaintiff's Original Petition, and in support thereof would respectfully show unto this Honorable Court as follows:

### I.
### GENERAL DENIAL

Defendant denies each and every, all and singular, the allegations contained in Plaintiff's Original Petition, and all supplements and amendments thereto, and demands strict proof thereof as authorized by Texas Rule of Civil Procedure 92.

### II.
### INITIAL DISCLOSURE

Under Texas Rule of Procedure 194.2, Defendant requests that Plaintiff makes his initial disclosures within thirty (30) days of the filing of Defendant's Original Answer, and provides information or material described in Rule 194.2(b) of the Texas Rules of Civil Procedure.

---

**III.**
**NOTICE OF INTENT TO USE DOCUMENTS PRODUCED**
**PURSUANT TO RULE 193.7**

Defendant places Plaintiff on notice that pursuant to Texas Rule of Civil Procedure 193.7, all documents produced by Plaintiff in this litigation are authenticated for use against the producing party in this case and may be used as evidence during pre-trial procedures and at trial of this matter.

**IV.**
**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Defendant Iowa Motor Truck Transport, Inc. prays that upon final hearing hereof, Plaintiff takes nothing by way of his cause of action herein, that Defendant recovers its costs herein expended, and for such other and further relief, at law or in equity, to which Defendant may show itself justly entitled to receive.

Respectfully submitted,

**SARGENT LAW, P.C.**


By:      /s/ *David Sargent*
         **DAVID L. SARGENT**
         State Bar No.: 17648700
         david.sargent@sargentlawtx.com

1717 Main Street, Suite 4750
Dallas, Texas 75201
Telephone: (214) 749-6000
Facsimile: (214) 749-6100

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of September 2022, a true and correct copy of the foregoing document was forwarded via E-File to Plaintiff's counsel of record:

Adam J. Rosenfeld
State Bar No. 24067848
**SCHECHTER, SHAFFER & HARRIS, L.L.P.**
3200 Travis, 3rd Floor
Houston, Texas 77006
(713) 524-3500   Telephone
(866) 678-0789   Facsimile
*ajrosenfeldsrv@smslegal.com*
service@pstriallaw.com

**ATTORNEYS FOR PLAINTIFF**

/s/ *David L. Sargent*
**DAVID L. SARGENT**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David Sargent on behalf of David Lynn Sargent
Bar No. 17648700
david.sargent@sargentlawtx.com
Envelope ID: 68706714
Status as of 9/28/2022 3:18 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Adam Rosenfeld | | ajrosenfeldsrv@smslegal.com | 9/28/2022 3:11:49 PM | SENT |
| Taylor Harrington | | taylor.harrington@sargentlawtx.com | 9/28/2022 3:11:49 PM | SENT |
| Barbara Vest | | Barbara.Vest@sargentlawtx.com | 9/28/2022 3:11:49 PM | SENT |
| David Sargent | | david.sargent@sargentlawtx.com | 9/28/2022 3:11:49 PM | SENT |

# EXHIBIT 2h

9/28/2022 3:11 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 68706714
By: cassie combs
Filed: 9/28/2022 3:11 PM

## CAUSE NO.: 202256581

| | | |
|---|---|---|
| **MICHEAL HUTCHINSON,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **IOWA MOTOR TRUCK TRANSPORT,** | § | |
| **INC, AND CALEB HOYLE,** | § | |
| | § | |
| *Defendants.* | § | **113TH CIVIL DISTRICT** |

---

### DEFENDANT'S IOWA MOTOR TRUCK TRANSPORT, INC.'S REQUEST FOR JURY TRIAL

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Iowa Motor Truck Transport, Inc., Defendant herein, and requests that a jury trial be held on said cause.  A jury fee has been paid by the Defendant.

Respectfully submitted,

**SARGENT LAW, P.C.**

By:     /s/ David Sargent
        **DAVID L. SARGENT**
        State Bar No.: 17648700
        david.sargent@sargentlawtx.com

1717 Main Street, Suite 4750
Dallas, Texas 75201
Telephone: (214) 749-6000
Facsimile: (214) 749-6100

**ATTORNEY FOR DEFENDANT**

---

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on the 28th of September 2022, a true and correct copy of the foregoing document was forwarded via E-File to Plaintiffs' counsel of record:

Adam J. Rosenfeld
State Bar No. 24067848
**SCHECHTER, SHAFFER & HARRIS, L.L.P.**
3200 Travis, 3rd Floor
Houston, Texas 77006
(713) 524-3500   Telephone
(866) 678-0789   Facsimile
*ajrosenfeldsrv@smslegal.com*
service@pstriallaw.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ *David L. Sargent*
**DAVID L. SARGENT**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David Sargent on behalf of David Lynn Sargent
Bar No. 17648700
david.sargent@sargentlawtx.com
Envelope ID: 68706714
Status as of 9/28/2022 3:18 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Taylor Harrington | | taylor.harrington@sargentlawtx.com | 9/28/2022 3:11:49 PM | SENT |
| David Sargent | | david.sargent@sargentlawtx.com | 9/28/2022 3:11:49 PM | SENT |
| Barbara Vest | | Barbara.Vest@sargentlawtx.com | 9/28/2022 3:11:49 PM | SENT |
| Adam Rosenfeld | | ajrosenfeldsrv@smslegal.com | 9/28/2022 3:11:49 PM | SENT |